I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED: 2-25-11
DEPUTY CLERK

FILED
FEB 25 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IRENE MEOLA,<br><br>    Plaintiff,<br><br>v.<br><br>JKJ INVESTMENTS, INC.,<br><br>    Defendant. | Case No. SACV 04-0960-AHS (MLGx)<br><br>ORDER TO SHOW CAUSE |

On January 3, 2011, Kamesh Nookala was served with a Subpoena to appear before this Court on February 1, 2011 at 10:00 a.m., for a Judgment Debtor Examination. On that date and time, Nookala did not appear as directed.

Accordingly, IT IS ORDERED that Kamesh Nookala shall personally appear at the Ronald H. Reagan United States Courthouse, 411 W. 4th Street, Santa Ana, California, Courtroom 6A, at 10:00 a.m. on March 29, 2011, and show cause, if any exists, why he should not be found in contempt of this court for failure to comply with the subpoena. Failure to appear as ordered shall result in the issuance of a bench warrant for the arrest of Kamesh Nookala.

\\
\\

It is further ORDERED that this Order be served upon Kamesh Nookala by the Clerk of the Court in conformity with this court's local rules for service of orders. Counsel for Plaintiff shall also 1) serve this order on Kamesh Nookala by certified mail, 2) shall serve registered agent Kirit D. Bhakta by regular mail at his Oklahoma address, and 3) shall provide notice of this hearing to Attorney Hitendra Bhaktra by regular mail. JKJ Investments may send a qualified representative to testify on March 29, 2011, in lieu of Mr. Nookala appearing. If JKJ elects this option, notice shall be given to counsel for Plaintiff no later than March 15, 2011.

Dated: February 24, 2011

_____
Marc L. Goldman
United States Magistrate Judge